UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACKINAC FINANCIAL CORPORATION,
f/k/a North Country Financial Corporation,

    Plaintiff,

and

VIRGINIA M. DAMON TRUST,

    Nominal Plaintiff,

v.

WIPFLI, ULLRICH, BERTELSON, LLP,

    Defendant.

Case No. 5:04-cv-0172
HONORABLE GORDON J. QUIST

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff Mackinac Financial Corporation and Defendant Wipfli L.L.P., f/k/a Wipfli Ullrich Bertelson, LLP, by and through their respective counsel, and, being all of the parties to this action, hereby stipulate to the dismissal of this action, WITH PREJUDICE, each of the parties to bear his, her or its own costs and fees.

DATED: April 13, 2007

**ZAUSMER KAUFMAN AUGUST
& CALDWELL, PC**
Attorneys for Plaintiff

By: _____s/Richard C. Kaufman_____
    Richard C. Kaufman  (P27853)
    Karyn A. Thwaites  (P66985)
Business Address:
    31700 Middlebelt Road, Suite 150
    Farmington Hills, MI 48334
    248-851-4111
    rckaufman@zkac.com
    kthwaites@zkac.com

1370190_1.DOC

DATED: April 13, 2007

**VARNUM RIDDERING SCHMIDT
& HOWLETT LLP**
Attorneys for Defendant Wipfli

By:_____s/Jon M. Bylsma_____
    Richard A. Kay (P23050)
    Jon M. Bylsma (P48790)
    Bryan R. Walters (P58050)
Business Address:
    333 Bridge Street, N.W.
    Grand Rapids, MI 49504
    616-336-6000
    rakay@varnumlaw.com
    brwalters@varnumlaw.com
    jmbylsma@varnumlaw.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACKINAC FINANCIAL CORPORATION,
f/k/a North Country Financial Corporation,

    Plaintiff,

and

VIRGINIA M. DAMON TRUST,

    Nominal Plaintiff,

v.

WIPFLI, ULLRICH, BERTELSON, LLP,

    Defendant.

Case No. 5:04-cv-0172

Honorable Gordon J. Quist

### ORDER FOR DISMISSAL

Upon reading and considering the attached Stipulation of Dismissal with Prejudice executed on behalf of the parties, by their respective attorneys, and it appearing that all matters in this action have been amicably settled and adjusted, with prejudice and without costs, and this Court having been otherwise fully advised in the premises;

IT IS HEREBY ORDERED that all of the claims of Plaintiff in this civil action are dismissed with prejudice and without attorneys' fees or costs to any party.

IT IS SO ORDERED.

                              Hon. Gordon J. Quist
                              U.S. District Judge

1383857_1.DOC