UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACKINAC FINANCIAL CORPORATION,
f/k/a North Country Financial Corporation,

    Plaintiff,

and

VIRGINIA M. DAMON TRUST,

    Nominal Plaintiff,

v.

WIPFLI, ULLRICH, BERTELSON, LLP,

    Defendant.

Case No. 5:04-cv-0172

Honorable Gordon J. Quist

## ORDER FOR DISMISSAL

Upon reading and considering the attached Stipulation of Dismissal with Prejudice executed on behalf of the parties, by their respective attorneys, and it appearing that all matters in this action have been amicably settled and adjusted, with prejudice and without costs, and this Court having been otherwise fully advised in the premises;

IT IS HEREBY ORDERED that all of the claims of Plaintiff in this civil action are dismissed with prejudice and without attorneys' fees or costs to any party.

IT IS SO ORDERED.

Dated: April 16, 2007

/s/Gordon J. Quist
Hon. Gordon J. Quist
U.S. District Judge

1383857_1.DOC